IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KENDARRIUS DANIELS,** ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CIVIL ACTION 16-00355-KD-M** |
| ) | |
| **SERGEANT D. BROWN,** *et al.*, ) | |
| Defendants. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), and dated October 17, 2016 is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE** and **ORDERED** this **16th** day of **November 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**